IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CIVIL ACTION NO. 4:19-cv-103-D

| | |
|---|---|
| JOSHUA TAVENEY,<br><br>                        Plaintiff,<br><br>v.<br><br>INTERNATIONAL PAPER COMPANY,<br><br>                        Defendant.<br><br>INTERNATIONAL PAPER COMPANY,<br><br>                        Third-Party Plaintiff,<br><br>v.<br><br>THOMAS INDUSTRIAL MECHANICAL CONSTRUCTORS, LLC,<br><br>                        Third-Party Defendant. | **ORDER** |

THIS MATTER is before the Court on the Parties' Notice of Settlement and Request to Stay (D.E. 50). For good cause shown, the Court hereby GRANTS the Request to Stay.

IT IS ORDERED that the Request is GRANTED, and that all activity and deadlines in this case are STAYED for thirty (30) days.

IT IS SO ORDERED, this the 16 day of May, 2022.

_____